TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Jacquelyn Ayala*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacquelyn Ayala, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| | **JURY TRIAL DEMAND** |
| Rev MD Partners, LLC a Domestic Limited Liability Company organized under the Illinois law, | |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, JACQUELYN AYALA, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant Rev MD Partners, LLC ("Rev MD"), pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

1. The transactions and occurrences which give rise to this action occurred in the City of Tempe, Maricopa County, Arizona.

2. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

3. Plaintiff is a natural person residing in Tempe, Arizona.

4. Rev MD is a limited liability company, organized under the laws of the state of Illinois, with a place of business at 9827 N. 95th Street, #105, Scottsdale, Arizona 85258.

2

**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**
**9**
**10**
**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**

## GENERAL ALLEGATIONS

5.  On or about October 26, 2015, Ms. Ayala obtained her credit file and noticed that Rev MD was reporting an account with number l50217813040**** ("the Debt") for a debt allegedly owed to Rural Metro Corporation.

6.  On or about December 10, 2015, Ms. Ayala, through Michigan Consumer Credit Lawyers, submitted a letter to Rev MD, stating that she disputed the Debt that was reported on her credit file.

7.  On or about February 3, 2016, Ms. Ayala obtained her Experian credit file and noticed that Rev MD had failed to flag the Debt as disputed, in violation of the Fair Debt Collection Practices Act (15 U.S.C. §§ 1692 –1692p) ("FDCPA").

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

8.  Plaintiff reincorporates the preceding allegations by reference.

9.  At all relevant times, Rev MD, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

10.  Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

11.  Rev MD is a "debt collector" under the FDCPA, 15 U.S.C. §1692a(6).

12.  Rev MD's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

a.   15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a dispute debt is disputed. Rev MD did this when it failed to flag its accounts as disputed on Ms. Ayala's Experian credit file.

13.  The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Rev MD for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against Rev MD:

a.  Actual damages;

b.  Statutory damages; and

c.  Statutory costs and attorneys' fees.

## JURY DEMAND

4

1    Plaintiff hereby demands a trial by Jury.

2

3

4    DATED: April 13, 2016                          NITZKIN & ASSOCIATES

5

6                                                   By:___/s/  Trinette G. Kent_____
                                                    Trinette G. Kent
7                                                   Attorneys for Plaintiff,
8                                                   Jacquelyn Ayala

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28